IN THE UNITED STATES DISTRICT
FOR THE NORTHERN DISTRICT OF TEXAS,

| | |
|---|---|
| PAUL TOPPER, et ux, BRENDA TOPPER § § § | |
| Plaintiffs, § | |
| § | |
| V. § | |
| § | |
| CHRISTOPHER ADAM VILLARREAL, INDIVIDUALLY AND TANKSTAR USA, INC. AND SCHWERMAN TRUCKING CO. § § § § § § | CV 2:15CV-257-J |
| Defendants. § | |

### NOTICE OF VOLUNTARY DISMISSAL

Now Come Plaintiffs, Paul and Brenda Topper and file this Notice of Voluntary Dismissal under Federal Rules of Civ. Proc. 41(a) in the above entitled cause and request this Honorable Court grant this voluntary dismissal without prejudice against refiling same.

/s/Michael A. Warner
MICHAEL A. WARNER, Esq.
Texas Bar Number:  20828700
101 SE 11th Ste. 301
Amarillo, Texas 79119
Tele:   806.372.2595
Fax:    866.397.9054
mike@thewarnerlawfirm.com

/s/ Brent C. Huckabay
BRENT C. HUCKABAY, Esq.
Texas Bar Number:  24085879
101 SE 11th Ste. 301
Amarillo, Texas 79119
Tele:   806.372.2595
Fax:    866.397.9054
brent@thewarnerlawfirm.com

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

      I hereby certify that on September 14, 2015, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to Dan Needham, the attorney of record in this case for the Defendants, who has consented in writing to accept this Notice as service of this document by electronic means.

                                       /s/ Brent C. Huckabay
                                       BRENT C. HUCKABAY