# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2015 SEP 15 PM 4:43
DEPUTY CLERK _____

| | | |
|---|---|---|
| PAUL TOPPER, *et ux*, BRENDA TOPPER, | § § | CIVIL ACTION CAUSE NUMBER |
| PLAINTIFFS, | § § | |
| vs. | § § | 2:15-CV-257 |
| CHRISTOPHER ADAM VILLARREAL, *et al.*, | § § § | |
| DEFENDANTS | § | |

## ORDER OF DISMISSAL

Before the Court is the Plaintiff's Rule 41 (a)(1)(A)(i) notice of dismissal without prejudice of their claims asserted against the Defendants, who have not yet answered but have appeared in this case by filing a Rule 12(b)(1) motion to dismiss for lack of complete diversity jurisdiction. No response to that motion has been filed by the Plaintiffs.

Pursuant to this Rule 41 (a)(1)(A)(i) notice, which the Defendant does not oppose, all of the Plaintiffs' claims and causes of action asserted herein against all of the Defendants are hereby dismissed without prejudice, with each party to bear their own costs.

It is SO ORDERED.

Signed this the ___15th___ day of September, 2015.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE